UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. VILLACRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0305 AC P<br><br><br>ORDER |

　　　　By order filed April 5, 2016, the court clarified for plaintiff that it did **not** require a certificate showing his trust account balance. ECF No. 8. What the court requires is plaintiff's certified trust account statement. Id. Plaintiff has filed a response to that order in which he states that he will have another certificate form filled out and mailed to the court. ECF No. 9.

　　　　The court again advises plaintiff that he does **not** need to mail another **certificate**. The court has already received his certificate which states what the current balance is and what the average balance and deposits have been for the past six months. Plaintiff needs to send a copy of his **trust account statement** that has been certified by prison staff. The trust account statement is the record of all the deposits to and withdrawals from plaintiff's prison trust account, and is similar to the kind of statement one would get from a bank. It is sometimes called an inmate statement report. The statement must be certified by prison staff, which means that an employee of the prison must sign the statement and verify that it is a correct copy of the record kept by the

1

prison. If plaintiff is unclear what he needs to send the court, he should show this order to his counselor or other appropriate prison staff.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his trust account statement (inmate statement report) showing the deposits to and withdrawals from his account for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 15, 2016

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE