1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES D. VILLACRES,                     No.  2:16-cv-0305 JAM AC P

12            Plaintiff,

13      v.                                     ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
              Defendants.
16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 8, 2017, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  ECF No. 15.  Plaintiff

23   has not filed objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1.  The findings and recommendations filed February 8, 2017 (ECF No. 15), are adopted

28
                                          1

1 | in full;

2 |     2.  Plaintiff's claim against defendants Schafer, Touche, Voong, Labahn, Garner,

3 | Anderson, and Fasnatch related to the denial of compassionate release and parole, and his due

4 | process claims for failure to respond to his grievance (Claim One through Three), are dismissed

5 | without leave to amend.

6 |     3.  Within thirty days of service of this order, plaintiff may file an amended complaint

7 | with respect to Claim Four, as set forth in the February 8, 2017 findings and recommendations.

8 | DATED:  March 29, 2017

9 |                           /s/ John A. Mendez_____

10 |                           UNITED STATES DISTRICT COURT JUDGE