UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. VILLACRES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br><br>Defendants. | No. 2:16-cv-0305 JAM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed May 30, 2017, the District Judge assigned to this case denied plaintiff's motion for reconsideration of the order adopting the February 8, 2017 findings and recommendations which screened the complaint. ECF No. 20. Accordingly, plaintiff is directed to file an amended complaint as set forth in the February 8, 2017 findings and recommendations (ECF No. 15 at 11-12) within thirty days.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff may file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint." Plaintiff must file an original and two copies of the amended complaint. Failure to file an amended complaint in

accordance with this order will result in dismissal of this action.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: June 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE